**Opinion issued April 10, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00110-CV

———————————

## IN RE ENSCO OFFSHORE COMPANY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator ENSCO Offshore Company challenges the trial court's order of November 5, 2013 denying a Motion to Compel Neuropsychological Exam of Plaintiff.[1]

---

[1] The underlying case is *John Odom v. ENSCO Offshore Co. and KLAW Products LTD.*, No. 2012-69042, in the 151st District Court of Harris County, Texas, the Honorable Mike Englehart presiding.

We **deny** relator's petition for writ of mandamus.  All outstanding motions are **dismissed as moot**.

## PER CURIAM

Panel consists of Justices Keyes, Bland and Brown.